# McGehee v. Flowers *et al*.

APPEAL from Butler Chancery Court.

Heard before the Hon. WILLIAM L. PARKS.

No counsel marked as appearing for appellant.

LANE & CRENSHAW, for appellee.

The appeal is dismissed on motion of appellee.

Opinion PER CURIAM.